UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. No.: 17-mj-00001 |
| | ) |
| JAMES MORALES | ) |

## MOTION TO UNSEAL

Now comes the United States of America, by and through its attorneys, Peter F. Neronha, United States Attorney and Lee H. Vilker, Assistant United States Attorney, hereby moves for an Order of this Court to unseal the Complaint and Arrest Warrant in the above-captioned matter. The Government requests that the Affidavit supporting the Complaint remain under seal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

PETER F. NERONHA
United States Attorney

\s\ Lee H. Vilker
LEE H. VILKER
Assistant United States Attorney

Dated: 01/03/2017

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. No.: 17-mj-00001 |
| ) | |
| JAMES MORALES ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2017, I caused the Motion For Unsealing of Complaint and Arrest Warrant to be filed via ECF.

\s\ Lee H. Vilker
Lee H. Vilker
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 (Phone)
(401) 709-5001 (Fax)