UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. No.: 17-mj-00001 |
| | ) | |
| JAMES MORALES | ) | |

## ORDER PERMITTING LIMITED UNSEALING OF COMPLAINT AND ARREST WARRANT

Upon consideration of the Government's Motion for Unsealing of Complaint and Arrest Warrant, it is hereby ORDERED

1. The Complaint and Arrest Warrant shall be unsealed.
2. The Affidavit in support of the Complaint shall remain sealed.

SO ORDERED.

_____
HONORABLE JUDGE PATRICIA A. SULLIVAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF RHODE ISLAND

Dated: Jan 3, 2017